IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-2140 |
| | : | |
| MS. WALTERS, et al. | : | |

## ORDER

AND NOW, this 17th day of July, 2014, upon consideration of the Defendants' motion to dismiss and Plaintiff Larry Williams's response thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Defendants' Motion to Dismiss (Document 8) is GRANTED.

- Williams's Complaint in the above-captioned matter is DISMISSED as follows:

    o Williams's claims against Defendants Pamela Walters and Jerome Strickland in their official capacities and the Pennsylvania State Correctional Institution at Graterford Mailroom are DISMISSED with prejudice.

    o Williams's remaining claims are DISMISSED without prejudice to reassertion.

- Williams's Motion for Leave to File an Amended Complaint (Document 14) is GRANTED. Williams shall have until August 1, 2014, to file an amended complaint that addresses the deficiencies in his claims identified in the accompanying Memorandum. Failure to file an amended complaint by August 1, 2014, will result in dismissal of those claims with prejudice.

- The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.